Probation Form No. 35 (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

       vs.                     Crim. No. 0419 3:12CR00003

Tonya S Gibson

     On 4/27/2011, the above named was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Tonya S Gibson be discharged from supervision.

                                        Respectfully submitted,

                                        by  s/ Valerie G. Debnam
                                              Valerie G. Debnam
                                              U. S. Probation Officer
                                              200 S. College St
                                              Suite 1650
                                              Charlotte , NC  28202
                                              704-350-7641

Approved By:

s/ Keith S. Snyder, II
Keith S. Snyder, II
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

                                           Date: December 3, 2013

                                           Robert J. Conrad, Jr.
                                           United States District Judge